IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| I.V. | : | CIVIL ACTION |
| Plaintiff, | : | CASE NO:   2:09-CV-3244 |
| v. | : | |
| ANTHONY MARK BIANCHI, | : | |
| Defendant. | : | |

_____/

## RULE 41(a)(1)(A) NOTICE OF VOLUNTARY DISMISSAL

Plaintiff, I.V, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) files this notice of voluntary dismissal and states:

1. Defendant Anthony Mark Bianchi did not serve an answer or a motion for summary judgment.  See Fed. R. Civ. P. 41(a)(1)(A)(i).  Defendant did not appear in the instant proceeding or serve any paper.

2. Plaintiff dismisses his claims without prejudice.

Respectfully submitted this 31st day of January, 2011.

By: s/Sergiu Gherman
Sergiu Gherman, Esquire
Florida Bar No.: 37031
RONALD J. COHEN, P.A.
8100 Oak Lane, Suite 403
Miami Lakes, Florida 33016
Telephone:  305-823-1212
FAX:  305-823-7778
E-mail: sgherman@roncohenlaw.com
Attorney for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above document was electronically filed using the ECF system, and was dispatched by U. S. Mail to Anthony Mark Bianchi, Inmate, FCC Petersburg, Register Number 60312-066, P.O. Box 1000, Petersburg, VA 23804, on January 31, 2011.

By: s/Sergiu Gherman
Sergiu Gherman, Esquire
Florida Bar No.: 37031
RONALD J. COHEN, P.A.
8100 Oak Lane, Suite 403
Miami Lakes, Florida 33016
Telephone:  305-823-1212
FAX:  305-823-7778
E-mail: sgherman@roncohenlaw.com
Attorney for Plaintiff